**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CITY OF HARRISBURG,

              Respondent

              v.

JOSHUA PRINCE, ESQ.,

              Petitioner

: No. 58 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:

**ORDER**

**PER CURIAM**

     **AND NOW**, this 24th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.